1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                      )<br>                Plaintiff,    )<br>                                      )<br>v.                                     )<br>                                      )<br>ALEJANDRO VILLA,         )<br>                                      )<br>                Defendant.  )<br>_____) | No. CR-09-00063-DLJ<br><br>**STIPULATION AND ORDER CONTINUING CHANGE OF PLEA AND SENTENCING DATE**<br><br>Hearing Date: April 10, 2009<br>Requested Date: April 24, 2009 |

     It is hereby stipulated between counsel for Alejandro Villa, Angela M. Hansen, and Assistant United States Attorney Dominique Thomas, that the change of plea and sentencing date of April 10, 2009 should be continued to April 24, 2009 at **9:00 a.m.** The parties have consulted with United States Probation Officer Jessica Goldsberry who has been assigned to draft the Presentence Investigation Report in this case, and Ms. Goldsberry is in agreement with this continuance.

     The parties agree to a short continuance because the Probation Office needs additional time to complete the report. For this reason, the parties stipulate and agree that the change of plea and sentencing date should be continued to April 24, 2009 to give Probation the time necessary to prepare its report.

1  DATED: March 20, 2009                                /S/

2                                                    _____
                                                      DOMINIQUE THOMAS
3                                                     Assistant United States Attorney

4

5  DATED: March 20, 2009                                /S/
                                                      _____
6                                                     ANGELA M. HANSEN
                                                      Assistant Federal Public Defender
7

8  I hereby attest that I have on file all holograph signatures for any signatures indicated by "conformed" signature (/S/) within this e-filed document.

9

# ORDER

Based on the reasons provided in the stipulation of the parties above, the change of plea and sentencing hearing presently set for April 10, 2009 is hereby continued to April 24, 2009 at 9:00 a.m.

Dated: March 23, 2009

_____
HON. D. LOWELL JENSEN
Senior United States District Judge